UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| United States of America, et al. | § § | |
| *versus* | § § | Case Number: 3:21−cv−00335 |
| Kirby Inland Marine, LP | § | |

## Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

    Canceled setting: Initial Conference

    Date and Time: 3/9/2022 at 09:00 AM

Date: March 8, 2022

                                                                     Nathan Ochsner, Clerk